NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Trevor W. Barrett, Esq. (SBN 287174)
Frank R. Trechsel, Esq. (SBN 312199)
DONIGER / BURROUGHS
603 Rose Avenue
Venice, CA 90291
(310) 590-1820

ATTORNEY(S) FOR: PLAINTIFF UNICOLORS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> OMO'S APPAREL LIMITED LIABILITY COMPANY, et al. <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:24-cv-01029 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   PLAINTIFF UNICOLORS, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| UNICOLORS, INC. | PLAINTIFF |
| OMO'S APPAREL LIMITED LIABILITY COMPANY dba OMO'S APPAREL | DEFENDANT |
| PAPILLON EASTERN IMPORTS, INC. dba PAPILLON | DEFENDANT |
| LETICIA RANGEL dba SHOP SOUTHERN CHARM | DEFENDANT |
| NEW DIRECTION SPORT INC. dba SARA STUDIO | DEFENDANT |
| THE DIAMOND HANGER, LLC | DEFENDANT |
| DEFINE BOUTIQUE, LLC | DEFENDANT |
| THARANCO GROUP, INC. dba RONNI NICOLE | DEFENDANT |

02/06/2024                   /s/ Trevor W. Barrett
Date                         Signature

Attorney of record for (or name of party appearing in pro per):

Trevor W. Barrett, Esq. - Attorney for Plaintiff