UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **CV 24-1029-MWF(RAOx)**                                       Date:  April 25, 2024

Title   **Unicolors, Inc. v. Omos Apparel Limited Liability Company, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

    A review of the docket in this action reflects that the Complaint was filed on February 6, 2024.  (Docket No. 1).  Plaintiff has filed Proofs of Service (the "POS") of the Summons and Complaint on Defendant Omos Apparel Limited Liability Company ("Omos") and Papillon Eastern Imports, Inc. ("Papillon") (Docket Nos. 14 and 15).  Pursuant to the POS, Defendant Omos' response to the Complaint was due March 8, 2024, and Defendant Papillon's response to the Complaint was due March 18, 2024.

    The Court notes that Plaintiff has dismissed the remaining Defendants – Leticia Rangel, New Direction Sport Inc., The Diamond Hanger, LLC, Define Boutique, LLC, and Tharanco Group, Inc.  (Docket Nos. 18, 21, 22-24).

    The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution as to Defendants Omos and Papillon.  In response to this Order to Show Cause, the Court will accept the following no later than **MAY 10, 2024**.

- ■ By Defendants:  Responses to the Complaint.  The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

    OR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-1029-MWF(RAOx)**                                Date: April 25, 2024

Title          **Unicolors, Inc. v. Omos Apparel Limited Liability Company, et al.**

■ By Plaintiff:  Applications for Clerk to Enter Default.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **MAY 10, 2024** will result in the dismissal of this action.

IT IS SO ORDERED.